

## STATE OF NORTH CAROLINA
## DEPARTMENT OF TRANSPORTATION

ROY COOPER                                                                   JAMES H. TROGDON, III
GOVERNOR                                                                       SECRETARY

December 5, 2019

LIEN DETAIL

56KMSB000J3138848      FUEL G
CUST ID 000023595844      2018 INDI      SCOUT
MATTHEW JAMAL WINSTEAD
CUST ID

TITLE 774674192465152   XFER DATE 08/17/2019 PRINT DATE 12/03/2019 OWNERS 1
LIEN 1 OF 1      LIEN DATE 08/17/2019 ACCOUNT NBR

LIENHOLDER ID: 000043310137      ELT ENROLL DT 09/09/2016
PERFORMANCE FINANCE
LIENHOLDER ID:

LIENHOLDER ID:

RESIDENCE ADDRESS:   PO BOX 17879
                 RENO            NV 895111033
MAILING ADDRESS :

ONE TIME ADDRESS :

*Mailing Address:*                            *Telephone:* (919) 715-7000                      *Location:*
DIVISION OF MOTOR VEHICLES           *Fax:* (919) 716-5999                        286 AVIATION PARKWAY
RTP UNIT                                                                                       ELIZABETHTOWN, NC
3148 MAIL SERVICE CENTER
RALEIGH, NC 27697-3148                    *Website:* www.ncdot.gov/dmv